NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEGUI CHEN,**

*Plaintiff-Appellant*

**v.**

**MICHAEL E. JUNG, CHARLES L. SAWYERS, SAMEDY OUK, CHRISTOPHER TRAN, JOHN WONGVIPAT,**

*Defendants-Appellees*

---

2020-1257

---

Appeal from the United States District Court for the Central District of California in No. 2:19-cv-04307-R-KS, Senior Judge Manuel L. Real.

---

## JUDGMENT

---

YIXIN H. TANG, Upadhye Cwik LLP, Chicago, IL, argued for plaintiff-appellant. Also represented by SHASHANK UPADHYE, BRENT ALLEN BATZER.

MARK MICHAEL SUPKO, Crowell & Moring, LLP, Washington, DC, argued for defendants-appellees. Also represented by EMILY KUWAHARA, Los Angeles, CA; GABRIEL MORGAN RAMSEY, San Francisco, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 16, 2020       /s/ Peter R. Marksteiner
      Date                       Peter R. Marksteiner
                                     Clerk of Court